**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-02035-JLK-MEH

RE/MAX RELOCATION, INC., d/b/a RE/MAX INTERNATIONAL RELOCATION SERVICES, INC., a Colorado corporation,

        Plaintiff,

v.

KINROSS GOLD U.S.A. INC., a Nevada corporation,

        Defendant.

---

## ORDER

      This Court having been advised in the premises and upon review of the parties' Stipulation of Dismissal(doc. #4), filed December 5, 2006, does hereby order that the above-captioned matter, and the claims and causes of action asserted therein, is dismissed with prejudice, each party to bear its own costs and attorney fees.

Dated: December 5, 2006.

                                    BY THE COURT:

                                    *s/John L. Kane*
                                    Senior Judge John L. Kane
                                    United States District Court